791 A.2d 1154

Kevin TOOGOOD, Respondent,

v.

OWEN J. ROGAL, D.D.S., P.C. and Owen J. Rogal, D.D.S., Individually and Both d/b/a the Pain Center and Hrant Stone, M.D., by Thomas Stone, Executor of the Estate of Hrant Stone, M.D., Petitioners.

Supreme Court of Pennsylvania.

March 19, 2002.

## ORDER

PER CURIAM.

AND NOW, this 19th day of March, 2002, appeal is allowed, limited to the question of whether the trial court erred in failing to grant Petitioner's motions for nonsuit and/or directed verdict based upon the absence of expert liability evidence to establish medical malpractice.